Penny L. Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sid Naiman, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 2:19-cv-02233-JJT |
| v. | **NOTICE OF SETTLEMENT** |
| Local Search Group, LLC, a Florida limited liability company, | |
| Defendant. | |

Plaintiff Sid Naiman ("Plaintiff" or "Naiman") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

2. The Parties are presently working to finalize a settlement agreement and believe a Notice of Dismissal will be filed within thirty (30) days.

**SID NAIMAN**, individually and on behalf of a Class of similarly situated individuals

Dated: June 3, 2019       By:   /s/ Penny L. Koepke

1

One of Plaintiff's Attorneys

Penny L. Koepke
Maxwell & Morgan, P.C.
4854 E. Baseline Road, Suite 104
Mesa, Arizona 85206
480-833-1001
pkoepke@hoalaw.biz

Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Taylor T. Smith*
tsmith@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class

* *Pro Hac Vice applications to be filed*