# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sid Naiman,<br><br>             Plaintiff,<br><br>v.<br><br>Local Search Group LLC,<br><br>             Defendant. | No. CV-19-02233-PHX-JJT<br><br>**ORDER** |

A Notice of Settlement (Doc. 12) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice 30 days after the docketing of this Order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord that has extinguished the underlying claim. All pending hearings and motions are deemed moot.

Dated this 6th day of June, 2019.

Honorable John J. Tuchi
United States District Judge