# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sid Naiman,<br><br>        Plaintiff,<br><br>v.<br><br>Local Search Group LLC,<br><br>        Defendant. | No. CV-19-02233-PHX-JJT<br><br>**ORDER** |

Pursuant to this Court's Order of June 6, 2019 (Doc. 13),

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 11th day of July, 2019.

_____
Honorable John J. Tuchi
United States District Judge